# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149956

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SPENCER TRACY HOLLOWAY,
      Defendant-Appellant.

SC: 149956
COA: 319539
Oakland CC: 1986-071910-FC

_____/

On order of the Court, the application for leave to appeal the May 23, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015


Clerk

a0518